THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHELLE BEARDSHEAR,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ANGELO PROPERTY CO., L.P., a Washington limited partnership,<br><br>　　　　　Defendant. | Case No. C06-5634RJB<br><br>ORDER GRANTING PARTIES' SECOND JOINT STIPULATED MOTION TO CONTINUE MOTION DEADLINES |

THIS MATTER having come before the Court upon the Parties' Second Joint Motion to Continue certain deadlines, and the Court having considered the Parties' Second Joint Motion, reviewed the records and files herein and being fully advised of the circumstances, IT IS HEREBY ORDERED that the January 31, 2007 Minute Order Setting Trial, Pretrial Dates and Ordering Mediation is amended and the following new deadlines are established:

| | |
|---|---|
| Defendant's Expert Disclosures (*FRCP 26(a)(2)(B), 26(a)(2)(C)*) | 09/06/07 |
| Motions due | 09/17/07 |
| Discovery Completed | 10/08/07 |

　　　Entered into this 23rd day of July, 2007.

　　　　　　　　　　　　　　　　　　_Robert J Bryan_
　　　　　　　　　　　　　　　　　　Robert J Bryan
　　　　　　　　　　　　　　　　　　United States District Judge

Presented by:

SCHWABE, WILLIAMSON & WYATT, P.C.

s/ Kelly M. Walsh

Kelly M. Walsh, WSBA #35718
kwalsh@schwabe.com
*Attorneys for Defendant*
Schwabe, Williamson & Wyatt
700 Washington, Suite 701
Vancouver, WA 98660
Telephone: 360.694.7551
Facsimile: 503.796.2900
s/ Renea I. Saade
Renea I. Saade, WSBA #30044
rsaade@schwabe.com
Schwabe, Williamson & Wyatt
1420 Fifth Avenue, Suite 3010
Seattle, WA 98101
Telephone: 206.622.1711
Facsimile: 206.292.0460

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of July, 2007, I electronically filed the foregoing ORDER GRANTING PARTIES' SECOND JOINT STIPULATED MOTION TO CONTINUE MOTION DEADLINES (Proposed) through the ECF Filing System of the United States District Court of Western Washington, and that all parties required to be served will be electronically notified by the clerk of the court.

s/ Kelly M. Walsh
Kelly M. Walsh, WSBA #35718
kwalsh@schwabe.com
*Attorneys for Defendant*
Schwabe, Williamson & Wyatt
700 Washington, Suite 701
Vancouver, WA 98660
Telephone: 360.694.7551
Facsimile: 503.796.2900